# United States Court of Appeals
## For the First Circuit

---

No. 99-1447

CARIBE INDUSTRIAL SYSTEMS, INC.,

Plaintiff, Appellant,

v.

NATIONAL STARCH AND CHEMICAL COMPANY,

Defendant, Appellee.

---

ERRATA SHEET

The opinion of this Court issued on May 8, 2000 is amended as follows:

Page  2: footnote 2 should be footnote 1.

Page  7: footnote 3 should be footnote 2.

Page  9: footnote 4 should be footnote 3.

Page 11: footnote 5 should be footnote 4.

Page 12: footnote 6 should be footnote 5.